PATRICK KENNY et ux., appellants,

*v.*

MARGARET BURKE et al., respondents.

On appeal from a decree of the chancellor, *In the matter of the application of Margaret Burke et al., for sale of lands limited over &c.*, dated October 3d, 1892, wherein it was adjudged that the lands were held and limited over as set forth in the petition, and that the interest of the owners of the particular and future estates in said lands required and would be promoted by a sale &c.

*Mr. Samuel D. Haines,* for the appellants.

*Mr. William S. Stuhr,* for the respondents.

PER CURIAM.

Decree affirmed, for the reasons given in the court of chancery.

*For affirmance* — THE CHIEF-JUSTICE, DEPUE, DIXON, MAGIE, REED, BOGERT, CLEMENT, SMITH, WHITAKER—9.

*For reversal*—None.